SLIP OPINION

Cite as 2015 Ark. 31

# SUPREME COURT OF ARKANSAS

No. CR-14-872

| | | |
|---|---|---|
| STATE OF ARKANSAS | | **Opinion Delivered** January 29, 2015 |
| | APPELLANT | |
| V. | | MOTION TO FILE BELATED BRIEF |
| MARK E. PAYTON | | |
| | APPELLEE | <u>MOTION GRANTED</u>. |

**PER CURIAM**

Appellee Mark. E. Payton, by and through his attorney, Philip A. Moon, has filed a motion to file a belated brief, and seeks an extension of time for a period of thirty days in which to file the brief.

On December 19, 2014, at appellee's request, Attorney Moon filed a motion to withdraw as counsel on appeal. Appellant, the State of Arkansas, had filed its brief on November 19, 2014, so appellee's brief was due on December 19, 2014. Through inadvertence, Attorney Moon did not ask for an extension of time to file a brief at the same time that he filed the motion to withdraw. On January 10, 2015, Attorney Moon received an order of this court denying his motion to withdraw. Attorney Moon has now requested a new due date for appellee's brief.

The motion to file a belated brief is granted. Appellee has thirty days from the date of this per curiam to file his brief.

Motion granted.